UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-CIV-60411-GOLD/McALILEY

JEANETTE JOSS,

    Plaintiff,

vs.

UNITED HOME MORTGAGE
CENTER OF FLORIDA, INC., a
Florida Corporation and DAVID
CHAMBLESS, an individual,

    Defendants.
_____/

## NOTICE OF APPEARANCE

    The undersigned counsel and Rosenfeldt & Birken, P.A. file this Notice of Appearance on behalf of the Plaintiff, JEANETTE JOSS. All further pleadings and correspondence should be forwarded to the undersigned counsel

Dated: Decenber 2, 2009
       Fort Lauderdale, FL

                                    Respectfully submitted,

                                    s/Shawn L. Birken
                                    Shawn L. Birken, Esq., Florida Bar No.: 418765
                                    Email: sbirken@randb-law.com
                                    ROSENFELDT & BIRKEN, P.A.
                                    1220 Riverland Road
                                    Fort Lauderdale, Florida 33312
                                    Direct Dial: 954-990-4459
                                    Fax: 954-990-4469
                                    **Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of December, 2009, I electronically filed the forgoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    Respectfully submitted,

    s/Shawn L. Birken
    Shawn L. Birken, Esq., Florida Bar No.: 418765
    Email: sbirken@randb-law.com
    ROSENFELDT & BIRKEN, P.A.
    1220 Riverland Road
    Fort Lauderdale, Florida  33312
    Direct Dial: 954-990-4459
    Fax: 954-990-4469
    **Counsel for Plaintiff**

**SERVICE LIST**

JEANETTE JOSS vs. UNITED HOME MORTGAGE CENTER OF FLORIDA, INC., a
Florida Corporation and DAVID CHAMBLESS, an individual
CASE NO.: 09-CIV-60411-GOLD/McALILEY
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

Shawn L. Birken, Esq., Florida Bar No.: 418765
Email: sbirken@randb-law.com
ROSENFELDT & BIRKEN, P.A.
1220 Riverland Road
Fort Lauderdale, Florida  33312
Direct Dial: 954-990-4459
Fax: 954-990-4469
**Counsel for Plaintiff**
*Via CM/ECF*

Neil Flaxman, Esq., Florida Bar No. 025299
Email: flaxy@bellsouth.net
Neil Flaxman, P.A.
Brickell Bayview Centre
80 SW 8th Street, Suite 3100
Miami, FL  33130
305-810-2786
Fax 305-810-2824
**Counsel for Defendant**
*Via CM/ECF*