UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-CIV-60411-GOLD / McALILEY

JEANETTE JOSS,

    Plaintiff,

vs.

UNITED HOME MORTGAGE
CENTER OF FLORIDA, INC.,
a Florida Corporation and DAVID
CHAMBLESS, an individual,

    Defendants.
_____/

## MOTION FOR DEFAULT

Plaintiff, Jeanette Joss, ("JOSS"), through her undersigned counsel, files this, her Motion to For Default as to Defendants, UNITED HOME MORTGAGE CENTER OF FLORIDA, INC., and DAVID CHAMBLESS, and states as follows:

### INTRODUCTION

1.    On or about March 12, 2009, Plaintiff filed her Complaint against her former employer alleging hostile work environment sexual harassment, discrimination, and retaliation action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., ("Title VII"), as amended by the Civil Rights Act of 1991, Pub L. No. 102-166, 105 Stat. 1071 (1991) and the Florida Civil Rights Act of 1992, Chapter 760, Florida Statutes (2008). The Complaint further alleges a claim for unpaid wages. Plaintiff also alleged claims for assault and battery against David Chambless.

2. On April 22, 2009, Defendants Answered the Complaint and asserted a Counterclaim against Plaintiff. [DE 6].

3. On May 27, 2009, the Counterclaims were dismissed without prejudice.

4. On December 1, 2009, Neil Flaxman filed his Motion to Withdraw as Attorney for Defendants. [DE 21].

5. On March 1, 2010, after a telephonic hearing and status conference, this Court granted Flaxman's Motion to Withdraw. [DDE 24, 25]. This Court directed Defendants to retain counsel within forty five (45) days.

6. To date, Defendants failed to retain counsel in violation of this Court's Order. More than forty five (45) days has elapsed.

7. Accordingly, Plaintiff respectfully requests that this Court enter a default against Defendants for failing to retain counsel and violating this Court's Order.

**WHEREFORE,** Plaintiff, Joss, respectfully requests that this Court enter an order granting her Motion for Default and enter Default against Defendants.

### MEMORANDUM OF LAW

**DEFENDANTS FAILED TO COMPLY WITH THIS COURT'S ORDER AND HAVE DELAYED THE TIMELY PROSECUTION OF THIS ACTION**

Defendant, United Home Mortgage Center of Florida, Inc. is a corporation. On December 1, 2009, Neil Flaxman filed his Motion to Withdraw as Attorney for Defendants. [DE 21]. On March 1, 2010, after a telephonic hearing and status conference, this Court granted Flaxman's Motion to Withdraw. [DDE 24, 25]. This Court directed Defendants to retain counsel within forty five (45) days. More than forty five (45) days have elapsed and Defendants

2

have failed to retain counsel in violation of this Court's Order. Further, Defendant's actions have resulted in a delay of this action. The law is well settled that "a corporation is an artificial entity which cannot appear pro se in legal proceedings but must be represented by counsel." Fed. Trade Comm'n v. Gem Merch. Corp., 1995 WL 623168, at *1 (11th Cir. Sept.1, 1995) (*per curiam*) "It is well established that the district court has authority to dismiss or to enter default judgment, depending on which party is at fault, for failure to prosecute with reasonable diligence or to comply with its orders or rules of procedure." Flaska v. Little River Marine Constr., Co., 389 F.2d 885, 887 (5th Cir.1968).[FN5] Indeed, where a party demonstrates bad faith, district courts possess the inherent power to impose such sanctions "in the interest of the orderly administration of justice." Flaska, 389 F.2d at 887 (internal quotations omitted); In re Sunshine Jr. Stores, Inc., 456 F.3d 1291, 1304 (11th Cir.2006); Ward v. Real Ships, Inc., 2009 WL 2783217, at *1 (S.D.Ala. Aug.31, 2009). " 'A party ... demonstrates bad faith by delaying or disrupting the litigation or hampering enforcement of a court order.' " Sunshine Jr. Stores, 456 F.3d at 1304 (quoting Byrne v. Nezhat, 261 F.3d 1075, 1121 (11th Cir.2001)).

"The failure of an artificial entity to obtain counsel, in violation of a court order or rule to do so, has repeatedly been held to support default judgment, even absent violations of other rules or orders."CNH Capital Am., LLC v. Se. Aggregate, Inc., 2009 WL 2391242, at *2 (S.D. Ga. 2009). Accordingly, due to Defendants' failure to obtain counsel and violation of this Court's Order, default is the proper remedy.

## CONCLUSION

For all the reasons set forth herein, the Plaintiff's for Default should be **GRANTED**.

3

ROSENFELDT & BIRKEN, P.A.
100 SE 3ʳᵈ Avenue, Suite 1300, Fort Lauderdale, Florida 33394

Date: May 19, 2010.

        Respectfully submitted,

        ROSENFELDT & BIRKEN, P.A.
        **Counsel for Plaintiff**
        100 SE 3rd Avenue, Suite 1300
        Fort Lauderdale, Florida  33394
        Direct Dial: 954-990-4359
        Fax: 954-990-4469
        Email: sbirken@randb-law.com

By:   /s/ Shawn Birken
       Shawn Birken, Esq.
       Florida Bar No.: 418765
       FOR THE FIRM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May, 2010, I electronically filed the forgoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

/s/Shawn L. Birken
Shawn L. Birken, Esq.,
Florida Bar No.: 418765
Email: sbirken@randb-law.com
ROSENFELDT & BIRKEN, P.A.
100 SE 3rd Avenue, Suite 1300
Fort Lauderdale, Florida  33394
Direct Dial: 954-990-4459
Fax: 954-990-4469

## SERVICE LIST

JEANETTE JOSS vs. UNITED HOME MORTGAGE CENTER OF FLORIDA, INC., a Florida Corporation and DAVID CHAMBLESS, an individual
CASE NO.: 09-CIV-60411-GOLD/McALILEY
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

Shawn L. Birken, Esq., Florida Bar No.: 418765
Email: sbirken@randb-law.com
ROSENFELDT & BIRKEN, P.A.
100 SE 3rd Avenue, Suite 1300
Fort Lauderdale, Florida 33394
Direct Dial: 954-990-4459
Fax: 954-990-4469
**Counsel for Plaintiff**
*Via CM/ECF*

David Chambless
3600 SW 116th Avenue
Davie, FL 33330
*Via US MAIL*