UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-60411-cv-GOLD/McALILEY

JEANETTE JOSS,

    Plaintiff,

v.

UNITED HOME MORTGAGE CENTER
OF FLORIDA, INC., *et al.*,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon Magistrate Judge McAliley's Report and Recommendation ("the Report"). [ECF No. 56]. In the Report, Judge McAliley recommends that Plaintiff receive $126,143.50 in economic damages, $100,000 in compensatory damages, and $50,000 in punitive damages from Defendant United Home Mortgage Center of Florida, Inc. [*Id.* at 1]. No Party has filed objections to the Report, and the time for doing so has expired. Upon an independent review of the Report, the record and applicable case law, as well as noting that no objections have been filed, it is hereby:

ORDERED AND ADJUDGED:

1. The Report [ECF No. 56] is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Default Judgment [ECF No. 40] is **GRANTED**.

3. For the reasons discussed in the well-reasoned Report, Plaintiff shall be awarded $126,143.50 in economic compensatory damages, $100,000 in non-economic compensatory damages, and $50,000 in punitive damages.

4. Final Judgment will be entered concurrently in a separate order.

5. Plaintiff shall submit a short status report to this Court on or before **Monday, March 21, 2011**, stating if and how she plans to proceed on her remaining claims against individual Defendant David Chambless.

DONE and ORDERED in Chambers in Miami, Florida, this ⟶ day of March, 2011.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Chris M. McAliley
All counsel of record